FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 2 3 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
WLODZIMIERZ CZUPINKA

     -V-

MIRON GRECZUCH et al
-------------------------------------------------X

<u>ORDER and JUDGMENT</u>
CV09-4454 (JBW)

     The report and recommendation of the Magistrate Judge is adopted by the Court. The

Court issues a judgment dismissing the case in the absence of objection to the report dated July

19, 2010.

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED:8/19/10

